IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PAUL CREWS,

    Plaintiff,

v.    CA NO. 5:18-cv-78

TAHSIN INDUSTRIAL CORP USA,

    Defendant.

_____

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, Tahsin Industrial Corp., U.S.A. ("Defendant") and moves this Court to enter summary judgment in their favor, dismissing the action on the ground that there is no genuine issue as to any material fact and that said Defendant is entitled to judgment as a matter of law.

This Motion is based upon:

(a)    The pleadings and discovery filed or to be filed in this action;

(b)    Defendant's Statement of Material Facts Not in Dispute and Brief in Support of Motion for Summary Judgment;

(c)    The deposition of Plaintiff Paul Crews;

(d)    The deposition of James Dylan Crews;

(e)    The affidavit of George Saunders;

(f)    The affidavit of LJ Smith;

(g)    The exhibits appended to Defendant's Statement of Material Facts Not in Dispute and Brief in Support; and

    (h)    All other matters of record.

Defendant reserve the right to submit additional evidence in support of its Motion prior to any hearing thereon subject to the terms and conditions prescribed by the Court.

WHEREFORE, said Defendant respectfully requests that his Motion be GRANTED.

This 11th day of October, 2019.

                        CLARK HILL, PLC

                        */s/Milton S. Karfis*
                        Milton S. Karfis
                        Stephanie M. Anderson
                        151 S. Old Woodward Avenue, Suite 200
                        Birmingham, MI 48009
                        T: (248) 642-9692
                        mkarfis@clarkhill.com
                        sanderson@clarkhill.com

                  By*: /s/J. Travis Hall*
                        CHAMBLESS, HIGDON, RICHARDSON,
                        KATZ & GRIGGS, LLP
                        J. TRAVIS HALL
                        Georgia Bar Number 357464
                        3920 Arkwright Road, Suite 405
                        P.O. Box 18086
                        Macon, Georgia 31209-8086
                        (478) 745-1181
                        thall@chrkglaw.com

                        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2019 I served a copy of the foregoing via CM/ECF system which will send notification of such filing to all counsel of record.

                                      */s/Lisa Simpkins*_____
                                      Lisa Simpkins

ClarkHill\27367\338736\222464985.v1-10/10/19