AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:11 pm, Sep 30, 2020

PAUL CREWS,

Plaintiff,

v.

TAHSIN INDUSTRIAL CORP. USA,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV518-78

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 9/30/20, the Defendant's motion for summary judgment is GRANTED, and Plaintiff's partial motion for summary judgment is DENIED as moot. There being no claims remaining, this case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 30, 2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk



GAS Rev 10/2020