UNITED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

FILE NUMBER 5:18 cv-00078 LGW

PAUL CREWS,

    Plaintiff

v.                                    **NOTICE OF APPEAL**

PRIMAL VANTANGE, INC;
TAHSIN INDUSTRIAL CORP
USA; ET AL

    Notice is hereby given that Plaintiff Paul Crews in the above named case hereby appeals to the United States Court of Appeals for the 11th Circuit from the final judgment entered in this action on September 30, 2020.

    This 28th day of October, 2020.

                                            /s/ Berrien L. Sutton
                                            Berrien L. Sutton
                                            172 West Dame Avenue Homerville,
                                            Georgia 31634
                                            912-550-5039
                                            Georgia Bar No: 693450

                                            Ronald W. Hallman
                                            Attorneys for Plaintiff
                                            P. O. Box 980
                                            Claxton, Georgia  30417
                                            912-739-4825
                                            Georgia Bar No: 319825