# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Waycross Division

| | | |
|---|---|---|
| PAUL CREWS, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | 5:18cv078 |
| | ) | |
| v. | ) | |
| | ) | |
| TASHIN INDUSTRIAL CORP USA, | ) | |
| | ) | |
| Defendant/Appellee. | ) | |

### ORDER

The judgment of this Court granting summary judgment to Defendant in the above-styled action having been affirmed in part, reversed in part, and remanded by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

This 17 day of July, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA